Martha ALVARADO; Martha Angelica
Alvarado, Petitioners,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 06–75546.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 19, 2010.

Alejandro Garcia, Esq., City of Commerce, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Arthur L. Rabin, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Martha Alvarado ("Alvarado") and her daughter Martha Angelica Alvarado, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We dismiss the petition for review.

* The panel unanimously concludes this is case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The evidence petitioners presented with their motion to reopen concerned the same basic hardship grounds as Alvarado's application for cancellation of removal. *See Fernandez v. Gonzales,* 439 F.3d 592, 602–03 (9th Cir.2006). We therefore lack jurisdiction to review the BIA's discretionary determination that the evidence was insufficient to establish a prima facie case of hardship. *See id.* at 601.

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.